UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEANIE McLEAN,<br><br>                    Plaintiff,<br><br>   v.<br><br>THOMAS & ASSOCIATES, LLC;<br>BARNES GIVENSKI &<br>ASSOCIATES,<br><br>                  Defendants. | NO: 12-CV-5048-TOR<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) |

Before the Court is the parties' Stipulation for Dismissal Pursuant to FRCP 41(a)(1)(A)(ii). ECF No. 20. Plaintiff and Defendant Barnes Givenski & Associates stipulated that the above-entitled action has been fully settled and compromised, and may be dismissed with prejudice and without costs to either party.

//

//

//

ORDER GRANTING STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) ~ 1

1  **Accordingly, IT IS HEREBY ORDERED**:

2  The parties' Stipulation for Dismissal Pursuant to FRCP 41(a)(1)(A)(ii)

3  (ECF No. 20) is **GRANTED**.  Pursuant to the parties' stipulation, all claims and

4  causes of action in this matter are **DISMISSED** with prejudice and without costs to

5  either party.

6  The District Court Executive is hereby directed to enter this Order, furnish

7  copies to counsel, and **CLOSE** the file.

8  **DATED** April 25, 2013.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) ~ 2